**Calvin SILVA, Petitioner–Appellee,**

v.

**Robert HOUSTON, Respondent–Appellant.**

No. 08–1302.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 25, 2008.

Filed: Nov. 21, 2008.

Calvin Silva, Lincoln, NE, pro se.

David R. Stickman, Federal Public Defender's Office, Omaha, NE, for Petitioner–Appellee.

James Kirk Brown, Attorney General's Office, Lincoln, NE, for Respondent–Appellant.

Before BYE, BEAM, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Robert Houston, Director of the Nebraska Department of Correctional Services, appeals the district court's [1] decision to grant Calvin Silva's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 and to order Silva's immediate release. Reviewing the district court's conclusions of law de novo and its factual findings for clear error, *Randolph v. Kemna,* 276 F.3d 401, 403 (8th Cir.2002) (standard of review), we affirm, *see* 8th Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.